ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DIMITRII KOSIAKOV,

                                    Plaintiff,

                          v.

USCIS, ET AL.,

                                    Defendants.

CASE NO.  2:25-CV-03528 TLN-AC

STIPULATION AND ORDER FOR TEMPORARY ABEYANCE

Defendants respectfully request to hold this case in temporary abeyance through July 1, 2026, which is 120 days from the currently scheduled asylum interview, and Plaintiff does not oppose.  In this case, Plaintiff Dimitrii Kosiakov alleges that the U.S. citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview and adjudicating her pending asylum application, Form I-589.  USCIS has scheduled Plaintiff's asylum interview for March 3, 2026.  Once the interview has been completed, USCIS will require additional time to complete its adjudication, including vetting and background checks.

While USCIS will continue to take steps to progress in its adjucation of this case, it cannot currently issue a decision on the aylum application pursuant to a USCIS policy issued on December 2, 2025, placing all asylum adjudications on hold.  *See* Policy Memorandum, Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries (PM-602-0192) *available at* https://www.uscis.gov/sites/default/files/ document/policy-

STIPULATION AND ORDER FOR TEMPORARY ABEYANCE

alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf.  The Director of USCIS issued this policy due to issues concerning national security and public safety.  The hold is intended to provide USCIS time to address vulnerabilities during the process and to conduct a comprehensive review of all polices, procedures, and guidance to better protect the national security and public safety of the United States.  The hold remains in effect until lifted by the Director of USCIS.  The Policy Memorandum further provides that within 90 days of its issuance, USCIS will issue operational guidance.  Thus, the additional time is also necessary to determine how, if at all, the Policy Memorandum and any additional vetting procedures implemented as a result of the policy, may affect the processes involved in the adjudication this case.

*The remainder of this page is intentionally blank.*

STIPULATION AND ORDER FOR TEMPORARY ABEYANCE

The parties therefore stipulate that this matter be held in temporary abeyance through July 1, 2026.  At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A temporary abeyance in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.  The parties further request that all other filing and case management deadlines, including any initial scheduling conference, be similarly vacated.

Dated:  February 3, 2026

ERIC GRANT
United States Attorney

By:  /s/ Shelley D. Weger
SHELLEY D. WEGER
Assistant United States Attorney

/s/ Regina Jacobson
REGINA JACOBSON
Counsel for Plaintiff

**IT IS SO ORDERED.**

Dated: February 5, 2026

_____
Troy L. Nunley
Chief United States District Judge

STIPULATION AND ORDER FOR TEMPORARY ABEYANCE